McGREGOR W. SCOTT
United States Attorney
DARIN ROCK
Special Assistant U.S. Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
  UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-po-00048-SAB |
|---|---|
| Plaintiff, | [Citation #F5375542 CA/4B] |
| v. | MOTION AND ORDER FOR DISMISSAL |
| ROBERT MONK, | |
| Defendant. | |

The United States of America, by and through McGregor W. Scott, United States Attorney, and

Darin Rock, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:18-po-

00048-SAB [Citation # F5375542] against ROBERT MONK without prejudice in the interest of justice,

pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: March 15, 2018                          Respectfully submitted,

                                               McGREGOR W. SCOTT
                                               United States Attorney

                                       By:     /s/ Darin Rock
                                               DARIN ROCK
                                               Special Assistant U.S. Attorney

1

1

2
**O R D E R**

3
     IT IS HEREBY ORDERED that Case Number 1:18-po-00048-SAB [Citation # F5375542]

4
against ROBERT MONK be dismissed without prejudice, in the interest of justice.

5

6
IT IS SO ORDERED.

7
Dated:   **March 15, 2018**

                      UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28